UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x
HENISHA TOPPIN, SHJAYIA JONES,  :
J.T., An infant by his mother and natural guardian, :
HENISHA TOPPIN,  :
 :
                        Plaintiffs :
    -against- :
 :
 :
 :
 : No. 23-CV-9584 (DLI)(JAM)
 :
CITY OF NEW YORK, and :
MARISA LOUIS-JEAN, BRANDON :
AGOSTO, JERRY BONANNO, ROBERT :
BRAMBLE, KARL CAMPBELL, ELISSA :
CARLIES, DANIEL CATALANO, LISA :
CORDERO, ANGELA CRENSHAW, JUSTIN :
FLORES, GORDEN FRANCOIS, SALVATORE :
GALATI, ROSEMARY GALLARDO, MICHAEL :
GOTAY, MINA HANNALLA, KARL :
LARREGUI, BRIAN MCHENRY, ANDRE :
MORRIS, JACK PALLESCHI, RABBE :
RIDHWANUL, NICHOLAS RINGELSPAUGH, :
JUNAID SAEED, HADI SAIFI, MICHAEL :
SALVATORI, NATALY SAMPEDRO, MARIAM :
SHENGELIA, JUSTIN SIMMS, MATTHEW :
WALLING, and RICHARD WATERS, :
 :
                        Defendant(s), :
―――――――――――――――――――――――x

To: (*Defendant's name and address):* See attached schedule

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

1

Jonathan Fink
Fink & Katz, PLLC
299 Broadway, Suite 1803
New York, NY 10007

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/8/2024

s/ M. Layne
*Signature of Clerk or Deputy Clerk*

# Schedule

1. City of New York
   New York City Law Department
   100 Church Street
   New York, NY 10007

2. Police Officer Marisa Louis-Jean
   69 Precinct
   9720 Foster Avenue
   Brooklyn, NY 11236

3. Police Officer Brandon Agosto
   Gun Violence Suppression Division
   Zone 1
   One Police Plaza
   New York, NY 10038

4. Police Officer Jerry Bonanno
   121 Precinct
   970 Richmond Avenue
   Staten Island, NY 10314

5. Police Officer Robert Bramble
   69 Precinct
   9720 Foster Avenue
   Brooklyn, NY 11236

6. Police Officer Karl Campbell
   69 Precinct
   9720 Foster Avenue
   Brooklyn, NY 11236

7. Police Officer Elissa Carlies
   61 Precinct
   2575 Coney Island Avenue
   Brooklyn, Ny 11223

8. Police Officer Daniel Catalano
   69 Precinct
   9720 Foster Avenue
   Brooklyn, NY 11236

9. Police Officer Lisa Cordero
   69 Precinct
   9720 Foster Avenue
   Brooklyn, NY 11236

10. Police Officer Angela Crenshaw
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

11. Police Officer Justin Flores
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

12. Police Officer Gorden Francois
    76th Precinct
    191 Union Street
    Brooklyn, NY 11231

13. Police Officer Salvatore Galati
    One Police Plaza
    New York, NY 10038

14. Police Officer Rosemary Gallardo
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

15. Police Officer Michael Gotay
    Intel-Criminal Intel Section
    One Police Plaza
    New York, NY 10038

16. Police Officer Mina Hannalla
    123 Precinct
    116 Main Street
    Staten Island, NY 10307

17. Police Officer Karl Larregui
    Highway Unit 2
    2900 Flatbush Avenue
    Brooklyn, NY 11234

18. Police Officer Brian McHenry
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

19. Police Andre Morris
    84 Precinct
    301 Gold Street
    Brooklyn, NY 11201

20. Police Officer Jack Palleschi
    One Police Plaza
    New York, NY 10038

21. Police Officer Rabbe Ridhwanul
    Patrol Bureau, Brooklyn South
    Specialized Unit
    One Police Plaza
    New York, NY 10038

22. Police Officer Nicholas Ringelspaugh
    One Police Plaza
    New York, NY 10038

23. Police Officer Junaid Saeed
    70 Precinct
    154 Lawrence Avenue
    Brooklyn, NY 11230

24. Police Officer Hadi Saifi
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

25. Police Michael Salvatori
    Warrant Section
    300 Gold Street
    Brooklyn, NY 11201

26. Police Officer Nataly Sampedro
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

27. Police Officer Mariam Shengelia
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

28. Police Officer Justin Simms
    69 Precinct
    9720 Foster Avenue
    Brooklyn, NY 11236

29. Police Officer Matthew Walling
    One Police Plaza
    New York, NY 10038

30. Police Officer Richard Waters
    One Police Plaza
    New York, NY 10038

4